**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**JOHNNY LEE ANDREWS** **PLAINTIFF**

**v.** **Civil No. 2:26-CV-02055-DCF**

**LIEUTENANT JOHN O'MARA** **DEFENDANT**

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation. (Doc. 16). There have been no objections, and the time to file objections has passed. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects and in their entirety. **IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY.** Accordingly, **excepting Plaintiff's claim for denial of access to courts based on the destruction of his legal materials, ALL OTHER CLAIMS ARE DISMISSED WITHOUT PREJUDICE.** This case remains referred to the Magistrate Judge for all remaining matters.

**IT IS SO ORDERED** on this 2nd day of October 2026.

/s/ David Clay Fowlkes
DAVID CLAY FOWLKES
UNITED STATES DISTRICT JUDGE